IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DERRICK J. WHITE, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:19-cv-00642-DGK |
| | ) (Crim. No. 17-00008-01-CR-W-DGK) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

Having considered Movant's Motion to Dismiss and Request to Withdraw (Doc. 48), it is hereby ORDERED that Movant's motion pursuant to 28 U.S.C. § 2255 is DISMISSED and counsel's request to withdraw is GRANTED.

**IT IS SO ORDERED.**

Date: April 21, 2020 　　　　　　　　　　　　/s/ Greg Kays
　　　　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT